HOLLAND & KNIGHT LLP
Justin C. Adofina (SBN 333390)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
E-mail: justin.adofina@hklaw.com

Attorneys for Defendant
BARCLAYS BANK DELAWARE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIM NESSEN**, | Case No.: 2:25-cv-00107-WBS-JDP |
| Plaintiff, | **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| **BARCLAYS BANK DELAWARE AND EQUIFAX INFORMATION SERVICES, LLC**, | Removed from the Superior Court for the County of Sacramento, California |
| Defendants. | |

# DEFENDANT BARCLAYS BANK DELAWARE'S
# ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, Barclays Bank Delaware ("Barclays" or "Defendant"), by and through its undersigned counsel, Holland & Knight, LLP, hereby submits its answer and affirmative defenses to the Complaint of Jim Nessen ("Plaintiff"). Barclays answers as follows:

## I.   INTRODUCTION[1]

1. The allegations of Paragraph 1 constitute conclusions of law to which no response is required. To the extent that a response is required, Barclays denies that it violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*.

## II.   JURISDICTION

2.1 The allegations of Paragraph 2.1 are conclusions of law and are denied. To the extent that the allegations are directed against other parties to this action, no response is necessary. To the extent that the allegations are directed to Barclays, Barclays denies that it violated the FCRA. To the extent that a further response is necessary, Barclays does not challenge personal jurisdiction. Barclays reserves the right to compel arbitration pursuant to the terms of its Card Member Agreement with the Plaintiff.

2.2 The allegations of Paragraph 2.2 are conclusions of law and are denied. Barclays reserves the right to compel arbitration pursuant to the terms of its Card Member Agreement with the Plaintiff.

## III.   PARTIES

3.1 Barclays lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3.1, and on that basis, the allegations are denied.

3.2 Barclays admits that it is a corporation. Barclays headquarters are in Wilmington, DE. Any remaining allegations are denied.

3.3 The allegations of Paragraph 3.3 are directed to another defendant in this action. No response is required from Barclays.

---

[1] Barclays uses the headings listed in the Plaintiff's Complaint for clarity purposes only and does not admit the accuracy of those headings.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

### IV. FACTS

4.1   The allegations of Paragraph 4.1 are admitted in part and denied in part. It is admitted that Plaintiff had a Barclays account ending in 1288, formerly ending in 1372 and 8543. It is denied that Barclays reports credit information. Any remaining allegations are denied.

4.2   The allegations of Paragraph 4.2 are conclusions of law and are denied.

4.3   Barclays lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.3, and on that basis, the allegations are denied. To the extent that the allegations of Paragraph 4.3 refer to a writing, the contents of which speaks for itself. Barclays denies any allegation that is inconsistent with said writing and denies any remaining allegations of Paragraph 4.3.

4.4   The allegations of Paragraph 4.4 are denied. To the extent that the allegations of Paragraph 4.4 refer to a writing, the contents of which speaks for itself. Barclays denies any allegation that is inconsistent with said writing and denies any remaining allegations of Paragraph 4.4.

4.5   Barclays denies the allegations of Paragraph 4.5. It is denied that Barclays reports credit information. Barclays denies that it violated the FCRA.

4.6.   Barclays lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.6, and on that basis, the allegations are denied. To the extent that the allegations of Paragraph 4.6 refer to a writing, the contents of which speaks for itself. Barclays denies any allegation that is inconsistent with said writing and denies any remaining allegations of Paragraph 4.6.

4.7   Barclays lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.7, and on that basis, the allegations are denied. It is denied that Barclays reports credit information. Barclays denies that it violated the FCRA.

4.8   To the extent that the allegations of Paragraph 4.8 are directed to another Defendant in this action, no response is necessary from Barclays. To the extent that the allegations of Paragraph 4.8 are directed to Barclays, Barclays lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.8, and on that basis, the allegations are denied. To the extent that the allegations of Paragraph 4.8 refer to a writing, the contents of which speaks for itself.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

Barclays denies any allegation that is inconsistent with said writing and denies any remaining allegations of Paragraph 4.8.

4.9   To the extent that the allegations of Paragraph 4.9 are directed to another Defendant in this action, no response is necessary from Barclays. To the extent that the allegations of Paragraph 4.9 are directed to Barclays, the allegations are conclusions of law and are denied. To the extent that a further response is necessary, Barclays lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.9, and on that basis, the allegations are denied.

4.10   To the extent that the allegations of Paragraph 4.10 are directed to another Defendant in this action, no response is necessary from Barclays. To the extent that the allegations of Paragraph 4.10 are directed to Barclays, Barclays lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.10, and on that basis, the allegations are denied. To the extent that the allegations of Paragraph 4.10 refer to a writing, the contents of which speaks for itself. Barclays denies any allegation that is inconsistent with said writing and denies any remaining allegations of Paragraph 4.10.

4.11   To the extent that the allegations of Paragraph 4.11 are directed to another Defendant in this action, no response is necessary from Barclays. To the extent that the allegations of Paragraph 4.11 are directed to Barclays, the allegations are denied. Barclays denies that it violated the FCRA.

4.12   The allegations of Paragraph 4.12 are conclusions of law and are denied. Barclays denies that it violated the FCRA.

4.13   The allegations of Paragraph 4.13 are conclusions of law and are denied. Barclays denies that it violated the FCRA.

4.14.   To the extent that the allegations of Paragraph 4.14 are directed to another Defendant in this action, no response is necessary from Barclays. To the extent that the allegations of Paragraph 4.14 are directed to Barclays, the allegations are conclusions of law and are denied. Barclays denies that it violated the FCRA.

4.15   To the extent that the allegations of Paragraph 4.15 are directed to another Defendant in this action, no response is necessary from Barclays. To the extent that the allegations of Paragraph

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

4.15 are directed to Barclays, the allegations are conclusions of law and are denied. Barclays denies that it violated the FCRA.

  4.16 To the extent that the allegations of Paragraph 4.16 are directed to another Defendant in this action, no response is necessary from Barclays. To the extent that the allegations of Paragraph 4.16 are directed to Barclays, the allegations are conclusions of law and are denied. Barclays denies that it violated the FCRA.

## STATEMENT OF CLAIM

### (Fair Credit Reporting Act)

  5.1 Barclays incorporates by reference its responses to Paragraphs 1- 4.16 with the same force and effect as if the same were set forth at length herein.

  5.2 The allegations of Paragraph 5.2 are conclusions of law and are denied. It is denied that Barclays reports credit information. Barclays denies that it violated the FCRA.

  5.3 To the extent that the allegations of Paragraph 5.3 are directed to another Defendant in this action, no response is necessary from Barclays. To the extent that the allegations of Paragraph 5.3 are directed to Barclays, the allegations are conclusions of law and are denied. It is denied that Barclays reports credit information. Barclays denies that it violated the FCRA.

  5.4 The allegations of Paragraph 5.4 are conclusions of law and are denied. Barclays denies that it violated the FCRA.

  5.5 The allegations of Paragraph 5.5 are conclusions of law and are denied. Barclays denies that it violated the FCRA.

  5.6 The allegations of Paragraph 5.6 are conclusions of law and are denied. Barclays denies that it violated the FCRA.

  5.7 The allegations of Paragraph 5.7 are directed to another Defendant in this action; therefore, no response is necessary from Barclays.

  5.8 The allegations of Paragraph 5.8 are directed to another Defendant in this action; therefore, no response is necessary from Barclays.

  5.9 To the extent that the allegations of Paragraph 5.9 are directed to another Defendant in this action, no response is necessary from Barclays. To the extent that the allegations of Paragraph

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

5.9 are directed to Barclays, the allegations are conclusions of law and are denied. Barclays denies that it violated the FCRA, and/or that Plaintiff is entitled to damages as a result of Barclays' actions.

5.10    To the extent that the allegations of Paragraph 5.10 are directed to another Defendant in this action, no response is necessary from Barclays. To the extent that the allegations of Paragraph 5.10 are directed to Barclays, the allegations are conclusions of law and are denied. Barclays denies that it violated the FCRA, and/or that Plaintiff is entitled to damages as a result of Barclays' actions.

Barclays denies any allegations directed against it in the Prayer for Relief following Paragraph 5.10 and denies that Plaintiff is entitled to any relief whatsoever from Barclays.

## DEMAND FOR JURY TRIAL

No response is necessary from Barclays in response to Plaintiff's demand for a Jury Trial.

Barclays denies any remaining allegation not specifically admitted herein.

## AFFIRMATIVE DEFENSES

As separate and distinct defenses to the Complaint, Barclays alleges the following distinct defenses, without conceding that Barclays bears the burden of proof or persuasion as to any of them:

## FIRST DEFENSE

### *(Fault of Plaintiff or Others)*

If Plaintiff suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct of Plaintiff or others whom Barclays had neither control nor responsibility, and not by Barclays.

## SECOND DEFENSE

### *(Statute of Limitations)*

Plaintiff's claims are barred in whole or in part by applicable statutes of limitations.

## THIRD DEFENSE

### *(Failure to Mitigate)*

Plaintiff's claims are barred in whole or in part because he has failed to mitigate his alleged damages, if any.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT                                                    CASE NO.: 2:25-CV-00107-WBS-JDP

## FOURTH DEFENSE

### *(Standing)*

Plaintiff lacks standing to bring or maintain the claims asserted in the Complaint.

## FIFTH DEFENSE

### *(Lack of Intent)*

Barclays specifically denies that it acted with any knowledge, willfulness, oppression, fraud, or malice to cause any injury or loss to Plaintiff.

## SIXTH DEFENSE

### *(Contribution)*

Any harm alleged in the Complaint can be attributed to several causes, and the damages for this harm, if any, should be apportioned among the various causes according to the contribution of each cause to the harm sustained.

## SEVENTH DEFENSE

### *(Right To Compel Arbitration)*

Barclays reserves its right to compel arbitration based on the arbitration clause contained in the relevant agreement(s).

## EIGHTH DEFENSE

### *(Failure to State a Claim)*

Plaintiff fails to set forth facts sufficient to state a claim upon which relief may be granted against Barclays directly or vicariously, and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any relief whatsoever, from Barclays.

## NINTH DEFENSE

### *(No Vicarious Liability)*

Barclays is not liable for the actions or inactions of any of the other persons or entities, nor any others whom Barclays is not responsible for or does not control, and thus, is not vicariously liable to Plaintiff.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT                                   CASE NO.: 2:25-CV-00107-WBS-JDP

## TENTH DEFENSE

### *(Bona Fide Error)*

To the extent Barclays can be held vicariously responsible for the alleged conduct of any other person or entity, Barclays is entitled rely upon the bona fide error defense of the person or entity for which it is allegedly vicariously liable, as its own affirmative defense.

## ELEVENTH DEFENSE

### *(Laches)*

Plaintiff's claims are barred, in whole or in part, by estoppel, waiver, and/or laches.

## TWELFTH DEFENSE

### *(Recoupment)*

Plaintiff's damages, if any, must be setoff, offset, or accounted for under the doctrine of recoupment by amount(s), if any, owned by Plaintiff to Barclays pursuant to the applicable contractual agreements between the parties.

## THIRTEENTH DEFENSE

### *(Other Defenses)*

Barclays specifically gives notice that it intends to rely upon such other defenses as may become available by law, or pursuant to statute, or during any further Barclays proceedings of this case, and hereby reserves the right to amend its Answer and assert such defenses.

## PRAYER

WHEREFORE Barclays prays for judgment as follows:

1. That Plaintiff take nothing by reason of the Complaint;
2. For its attorney's fees and costs of suit herein; and
3. For such other and further relief as this Court may deem just and proper.

Dated: January 17, 2025              HOLLAND & KNIGHT LLP

*/s/ Justin C. Adofina*
Justin C. Adofina
Attorneys for Defendant
BARCLAYS BANK DELAWARE

#514078999_v2

- 7 -

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT                    CASE NO.: 2:25-CV-00107-WBS-JDP