# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIM NESSEN,** | Case No.: 2:25-cv-00107-WBS-JDP |
| Plaintiff, | **ORDER** |
| vs. | |
| **BARCLAYS BANK DELAWARE AND EQUIFAX INFORMATION SERVICES, LLC,** | Removed from the Superior Court for the County of Sacramento, California |
| Defendants. | |

## ORDER

Pursuant to the stipulation of the Parties, this action is dismissed with prejudice as against defendant Barclays Bank Delaware and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE